BEFORE THE SECOND DIVISION, APRIL 23, 1964

No. 68484.—William Shaland Corp. v. United States, protest 60/21379 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of vacuum brush cleaners similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiff was sustained.

APRIL 21, 1964

No. 68485.—Irving Lanchart v. United States, protest 62/16904. Protest dismissed March 14, 1964. (Not published.) Plaintiff's application for rehearing denied.

BEFORE THE FIRST DIVISION, APRIL 27, 1964

No. 68486.—Leslie B. Canion v. United States, protests 60/2171 and 60/2201 (Galveston).

Opinion by WILSON, J. In accordance with oral stipulation of counsel that the merchandise consists of frozen fish in blocks similar in all material respects to that the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), and *Amende-Schultz et al.* v. *United States* (48 Cust. Ct. 142, C.D. 2327), the claim of the plaintiff was sustained as to all of the merchandise covered by protest 60/2171 and as to such merchandise in protest 60/2201, invoiced as cod fillet blocks.